**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:21cr164-MHT
                            )            (WO)
TORQUEZ JAQUIS MURRAY       )
```

**ORDER**

Upon consideration of the government's motion to dismiss Count 2 of the indictment, it is ORDERED that the motion (Doc. 23) is granted, and Count 2 is dismissed from the indictment (Doc. 1).

DONE, this the 4th day of January, 2022.

                                         /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**