**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:21cr164-MHT** |
| ) | |
| **TORQUEZ JAQUIS MURRAY** ) | |

**ORDER**

As the court plans to hold a status conference to discuss the psychological evaluation (Doc. 61) of defendant Torquez Jaquis Murray and his conditions of supervision, it is ORDERED that the clerk of court shall arrange for appointment of counsel for defendant Murray.

DONE, this the 1st day of May, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**