IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr164-MHT |
| | ) | (WO) |
| TORQUEZ JAQUIS MURRAY | ) | |

ORDER

At a post-release meeting on May 9, 2023, the court discussed the following items with defendant Torquez Jaquis Murray, his supervising probation officer, and counsel: (1) the importance of Murray's maintaining an active relationship with his probation officer and counsel, so as to remain complaint with all conditions of his release; (2) the prohibition of Murray's use of drugs, the need for a prohibition on his use of alcohol as well, and how he must comply with all associated drug testing, alcohol monitoring, and treatment generally; (3) the prohibition on his possessing any firearm; (4) the status of his recent IQ testing and other ongoing evaluations; (5) the necessity of his participation in both individual and group therapies,

and the importance of taking his psychiatric medication; (6) his goal of obtaining disability benefits in the near future, to help pay for his medications; and (7) his goal of participating in vocational training to the extent needed to obtain some form of employment, whether part-time or full-time.

Accordingly, it is ORDERED that:

(1) Defendant Torquez Jaquis Murray's conditions of supervised release are amended to add the condition that he is prohibited from using alcohol and is to be subject to alcohol monitoring by his supervising probation officer.

(2) Another *in-person*, on-the-record meeting is set for November 8, 2023, at 8:30 a.m., to discuss how defendant Murray is progressing with regard to the above items. Defendant Murray, the supervising probation officer, and his counsel are to be present. Defense counsel is to assure defendant Murray's presence.

It is further ORDERED that, three business days before the above meeting, the supervising probation officer is to file a report on how defendant Murray is progressing with regard to the above items.

DONE, this the 11th day of May, 2023.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**