AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| TORQUEZ JAQUIS MURRAY | ) | Case No.  2:21-cr-00164-MHT |
|  | ) | USM No.  75670-509 |
|  | ) | Stephen P. Ganter |
|  |  | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1-7 of pet. on 8/21/2024   and 9-10 of the third amended pet. on 2/26/2025.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to live at approved residence and notify Probation Officer of a change in residences | 05/12/2024 |
| 2 | The defendant failed to maintain employment | 08/21/2024 |
| 3 | The defendant failed to follow instructions of probation officer | 05/11/2024 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)   8 of petition   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5009

Defendant's Year of Birth:  1991

City and State of Defendant's Residence:
Montgomery, Alabama

02/26/2025
Date of Imposition of Judgment

/s/ Myron H. Thompson
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

02/27/2025
Date

Judgment—Page 2 of 3

DEFENDANT: TORQUEZ JAQUIS MURRAY
CASE NUMBER: 2:21-cr-00164-MHT

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | The defendant failed to comply with substance abuse treatment | 08/21/2024 |
| 5 | The defendant failed to comply with mental health treatment | 08/21/2024 |
| 6 | The defendant failed to reside in a residential reentry center | 04/10/2024 |
| 7 | The defendant failed to pay the special assessment fee | 08/21/2024 |
| 9 | The defendant failed to reside in a residential reentry center | 01/30/2025 |
| 10 | The defendant failed to refrain from unlawful use of a controlled substance | 02/04/2025 |

Judgment — Page 3 of 3

DEFENDANT: TORQUEZ JAQUIS MURRAY
CASE NUMBER: 2:21-cr-00164-MHT

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
5 Months, with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

That defendant be designated to a facility where mental health and substance abuse treatment are available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL